IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATIE M. MOSLEY,

    Plaintiff,

v.                                  CASE NO. 1:14-cv-00053-MP-CAS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 9, 2014. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 14. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation (doc. 13) is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner, denying benefits, is AFFIRMED.

    **DONE AND ORDERED** this __22nd__ day of December, 2014

                                                    *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge